THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JO LEE JAMES WOODRUFF, Appellant.— Order unanimously affirmed. (See *People* v. *Scott*, 10 N Y 2d 380.) (Appeal from order of Cattaraugus County Court, denying motion to vacate judgment of conviction rendered June 29, 1970.) Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Cardamone, JJ.

INEZ WISHMAN, Appellant, v. GENESEE-MONROE RACING ASSOCIATION, INC., Also Known as BATAVIA DOWNS et al., Respondents.— Appeal unanimously dismissed, without costs, and without prejudice to reinstate upon substitution of proper party plaintiff. (Appeal from order of Monroe Special Term, granting protective order.) Present — Witmer, J. P., Moule, Cardamone, and Simons, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD T. MORRISON, Appellant.— Appeal unanimously dismissed as moot. The sentences which defendant claims are excessive have already been served. (Appeal from judgment of Onondaga County Court, resentencing defendant following convictions for burglary, third degree and grand larceny, first degree.) Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Henry, JJ.